```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 05 B 01427
    PURITA J ZAMURA
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-9819

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/18/2005 and was confirmed 04/04/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  27.00%.

     The case was dismissed after confirmation 08/11/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
WASHINGTON MUTUAL BANK    CURRENT MORTG         .00            .00            .00
DEBIS FINANCIAL CENTER    SECURED               .00            .00            .00
LVNV FUNDING LLC          UNSECURED         2219.91            .00         401.25
CAPITAL ONE               UNSECURED       NOT FILED            .00            .00
CAPITAL ONE               UNSECURED       NOT FILED            .00            .00
CAPITAL ONE               UNSECURED       NOT FILED            .00            .00
CAPITAL ONE               UNSECURED       NOT FILED            .00            .00
ASPIRE                    UNSECURED         2656.17            .00         480.12
ASPIRE VISA               NOTICE ONLY    NOT FILED            .00            .00
CHASE MANHATTAN           UNSECURED       NOT FILED            .00            .00
SHERMAN ACQUISITION       UNSECURED          567.67            .00          89.71
DIRECT MERCHANTS BANK     UNSECURED       NOT FILED            .00            .00
FIRST USA BANK            UNSECURED       NOT FILED            .00            .00
ECAST SETTLEMENT CORP     UNSECURED          998.42            .00         172.93
ECAST SETTLEMENT CORP     UNSECURED          903.42            .00         156.48
ECAST SETTLEMENT CORP     UNSECURED         1086.19            .00         188.13
CITIBANK                  UNSECURED         1784.74            .00         322.58
HHLD BANK                 UNSECURED       NOT FILED            .00            .00
MASTERCARD                NOTICE ONLY    NOT FILED            .00            .00
MARSHALL FIELDS           UNSECURED          662.11            .00         114.68
NICOR GAS                 UNSECURED          401.36            .00          66.51
NELLIE MAE                UNSECURED         1086.15            .00         180.60
US DEPT OF EDUCATION      UNSECURED        16307.53            .00        2947.59
US DEPT OF EDUCATION      UNSECURED        10815.47            .00        1954.90
US DEPT OF EDUCATION      UNSECURED        10055.81            .00        1817.59
US DEPT OF EDUCATION      UNSECURED         8609.61            .00        1556.19
VON MAUR                  UNSECURED       NOT FILED            .00            .00
WELLS FARGO FINANCIAL NA  UNSECURED         1183.86            .00         205.08
BEDDING EXPERTS           NOTICE ONLY    NOT FILED            .00            .00
VICTORIAS SECRET          UNSECURED       NOT FILED            .00            .00
MARSHALL FIELDS           UNSECURED         1666.51            .00         288.68
JP MORGAN CHASE BANK NA   SECURED NOT I    14514.00            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 01427 PURITA J ZAMURA
```

```
JP MORGAN CHASE BANK NA   SECURED NOT I      163.67              .00              .00
WASHINGTON MUTUAL BANK    SECURED NOT I      313.07              .00              .00
WORLD FINANCIAL NETWORK   FILED LATE         838.96              .00              .00
NORTH SHORE FUNDING       SECURED NOT I    15145.45              .00              .00
NORTH SHORE FUNDING       MORTGAGE ARRE     1856.17              .00          1856.17
FISHER & SHAPIRO          NOTICE ONLY    NOT FILED               .00              .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      3,655.20                          3,655.20
TOM VAUGHN                TRUSTEE                                              962.31
DEBTOR REFUND             REFUND                                                83.30
```

Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                17,500.00

PRIORITY                                             .00
SECURED                                         1,856.17
UNSECURED                                      10,943.02
ADMINISTRATIVE                                  3,655.20
TRUSTEE COMPENSATION                              962.31
DEBTOR REFUND                                      83.30
                       ---------------        ---------------
TOTALS                 17,500.00               17,500.00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.

                                    /s/ Tom Vaughn
    Dated: 11/19/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE